IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TT OF INDIAN RIVER, INC.
D/B/A MERCEDES BENZ OF
MELBOURNE,

      Appellant,

v.

Case No. 5D16-3487

HEIDI FORTSON AND JAMES C.
DORMAN,

      Appellees.

_____/

Opinion filed February 2, 2018

Appeal from the Circuit Court for
Brevard County,
George W. Maxwell III, Judge.

Richard A. Sherman, Sr. and James W.
Sherman, of the Law Offices of Richard
A. Sherman, P.A., Fort Lauderdale, and
Chris Killer and Todd Bohnenstiehl, of
the Law Offices of J. Christopher Norris,
Orlando, for Appellant.

Mark S. Roman and Morgan L. Gaynor,
of Roman & Gaynor, Clearwater,
Douglas R. Beam, of Douglas R. Beam,
P.A., Melbourne, and Celene H.
Humphries and Shea T. Moxon, of
Brannock & Humphries, Tampa, for
Appellee, Heidi Fortson.

No appearance for Appellee, James C.
Dorman.

<u>ON CONFESSION OF ERROR</u>

PER CURIAM.

Pursuant to Heidi Fortson's Confession of Error, we reverse the Order on Plaintiff's Amended Motion for Attorney's Fees and remand this matter to the trial court for further proceedings. <u>See</u> <u>Moore v. Leisure Pool Serv., Inc.</u>, 412 So. 2d 392 (Fla. 5th DCA 1982).

REVERSED and REMANDED.

SAWAYA, ORFINGER, and LAMBERT, JJ., concur.